IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR313 |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| EMILIO VALDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum and Order filed on this date,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the "Motion to Vacate Under 28 U.S.C. § 2255" filed by the defendant, Emilio Valdez, is dismissed with prejudice.

DATED this 9th day of February, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge